

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00807-CV

In the **MATTER OF O.Z**. Jr.

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01581
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's adjudication and disposition orders are AFFIRMED.

SIGNED August 28, 2013.

_____
Luz Elena D. Chapa, Justice